**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00262-LTB-MJW

MICHAEL MILLIGAN,

       Plaintiff,

v.

BILL REED, and
NATHAN ALGIEN,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

Upon review of this matter and Plaintiff's Notice of Dismissal With Prejudice (Doc 22 - filed May 24, 2007), no response having been filed, and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   August 29, 2007